803        In re Sparks Tune-Up Centers/Martha Addison Contract Litigation

| Date | No. | Description |
|---|---|---|
| 89/04/05 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- Filed by Sparks Tune-up Centers, Inc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. PENNSYLVANIA -- SUGGESTED TRANFEREE JUDGE: ? w/Exhibits (rh) |
| 89/04/11 | | FIRST AMENDMENT TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON APRIL 7, 1989 -- setting motion of Sparks Tune-Up Centers, Inc., for Panel hearing in Washington, D.C. on May 18, 1989 (cds) |
| 89/04/17 | | APPEARANCE -- John J. Kulewicz, Esq. for Sparks Tune-Up Centers, Inc. (cds) |
| 89/04/18 | | APPEARANCE -- ROBERT E. GIFFIN, ESQ. for Martha Addison (rh) |
| 89/05/01 | 2 | RESPONSE (to Pldg. #1) -- pltf. Martha Addison -- w/Exhibits A and B and cert. of service (cds) |
| 89/05/18 | | WAIVER OF ORAL ARGUMENT: ALL WAIVED -- (Hearing on 5/18/89 in Wash., D.C.) (rh) |
| 89/05/25 | | ORDER DENYING TRANSFER -- of litigation (A-1 - A-2) -- Notified involved judges, clerks and counsel (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 803 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Sparks Tune-Up Centers/Martha Addison Contract Litigatin

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| May 18, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 25, 1989 | MO | Unpublised | | | |

Special Transferee Information

DATE CLOSED: May 25, 1989

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 803 -- In re Sparks Tune-Up Centers/Martha Addison Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Martha Addison v. Sparks Tune-Up Centers, Inc. | Ohio,S. Holschuh | C2-89-203 | | | | |
| A-2 | Sparks Tune-Up Centers, Inc. v. Martha Addison | Pa.,E. Katz | 89-1355 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 803 -- In re Sparks Tune-up Centers/Martha Addison Contract Litigation

---

SPARKS TUNE-UP CENTERS, INC.
  (pltf./deft.)
John J. Kulewicz, Esq.
Vorys, Sater, Seymour and Pease
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

MARTHA ADDISON  (pltf./deft.)

Robert E. Giffin, Esq.
33 North Grant Street
Suite 210
Columbus, OH    43110

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 803 -- In re Sparks Tune-Up Centers/Martha Addison Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sparks Tune-Up Centers, Inc. | A-1 |
| Martha Addison | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |