JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY 25 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 803

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SPARKS TUNE-UP CENTERS/MARTHA ADDISON CONTRACT LITIGATION

Martha Addison v. Sparks Tune-Up Centers, Inc.,
  S.D. Ohio, C.A. No. C-2-89-203
Sparks Tune-Up Centers, Inc. v. Martha Addison,
  E.D. Pennsylvania, C.A. No. 87-1355

ORDER DENYING TRANSFER

This litigation consists of two actions pending in two federal districts: one action each in the Southern District of Ohio and Eastern District of Pennsylvania. Before the Panel is a motion by Sparks Tune-Up Centers, Inc., the sole plaintiff in the Pennsylvania action and the sole defendant in the Ohio action, to transfer the Ohio action under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the action pending there. Martha Addison, the sole plaintiff and defendant in the Ohio and Pennsylvania actions, respectively, opposes the Section 1407 motion.

On the basis of the papers filed,[1] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of this litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact are sufficiently complex, and that the accompanying discovery will be so time-consuming, to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). We point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED that the motion for transfer of the above-captioned actions pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1] The parties to these actions waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).